## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| SARON N. CAMERON,<br><br>               Plaintiff,<br>vs.<br><br>HOBBY LOBBY STORES, INC.,<br><br>               Defendants. | Civil Action No. 3:25-cv-12766-JFA<br><br>**DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant, Hobby Lobby Stores, Inc., a corporation, by and through its undersigned attorneys, hereby answers Local Rule 26.01 Interrogatories in accordance with South Carolina Local Civil Rules.

    A.    State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

    **Upon information and belief, none.**

    B.    As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:**

    **Plaintiff has alleged negligence causes of action and has requested a jury trial.**

    C.    State whether the party submitted these responses is a publicly owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**ANSWER:**

    **Defendant is privately owned.**

    D.      State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).  *See* Local Civil Rule 3.01.

**ANSWER:**

**Plaintiff has alleged that a substantial portion of the events giving rise to this claim occurred in this division.**

    E.      Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide:  (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases:  arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**ANSWER:**

**Upon information and belief, no.**

    F.      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**Defendant Hobby Lobby Stores, Inc., is properly identified.**

    G.      If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**Not at this time.  However, Defendant Hobby Lobby, Inc. reserves the right to supplement this answer as litigation proceeds.**

H.     In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**

    **Defendant is organized and exists in Oklahoma.**

    Respectfully Submitted,

    */s/ Charles O. Williams, III*
    Charles O. Williams, III (Fed ID No. 8010)
    Gallivan, White & Boyd, P.A.
    P.O. Box 10589
    Greenville, SC  29603
    (864) 271-9580
    (864) 271-7502 (Fax)
    bwilliams@gwblawfirm.com

October 17, 2025

    ***Attorney for Defendant,***
    ***Hobby Lobby Stores, Inc., a corporation***