IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Saron N. Cameron, | ) | |
| Plaintiff, | ) | CA 3:25-12766-JFA |
| | ) | |
| vs. | ) | ORDER SCHEDULING |
| | ) | PRETRIAL CONFERENCE |
| Hobby Lobby Stores, Inc.. | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

In this recently filed action, the Court wishes to conduct a pretrial conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure.  The Court will conduct the conference via telephone on November 12, 2025 at 2:00p.m. Counsel shall initiate the call and once everyone is on the line, please call Judge Anderson at 803-765-5136. Alternatively, the parties may supply a conference call-in number to chambers.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than 14 days prior to the Rule 16 conference and shall attend the Rule 16 conference prepared to provide the Court with an oral Rule 26(f) report that will assist the Court in formulating a scheduling order.[1]

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

October 21, 2025

Joseph F. Anderson, Jr.
United States District Judge

---

[1]  It should be noted that this Court's practice of meeting with the attorneys in person and receiving an oral Rule 26(f) report may not be consistent with the practice of other judges in this district.  Because of the procedures outlined in this order, there is no need for parties to file a written Rule 26(f) report, as required by other judges in the district.