**IN THE DISTRICT COURT OF THE UNITED STATES**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Saron N. Cameron, | Case No.: 3:25-cv-12766-JFA |
| *Plaintiff*, | |
| vs. | **PLAINTIFF'S RULE 26(A)(2) EXPERT WITNESS DISCLOSURES** |
| Hobby Lobby Stores, Inc., | |
| *Defendants*. | |

Plaintiff Saron N. Cameron hereby submits her expert disclosure as required by Federal Rule of Civil Procedure 26(a)(2) and the Court's Case Management and Scheduling Order. Plaintiff has not retained any expert witnesses pursuant to Rule 26(a)(2)(B) at this time.

Plaintiff reserves the right to call her treatment providers as witnesses. Plaintiff anticipates that her treatment providers will qualify as experts by knowledge, skill, experience, training, or education, and Plaintiff reserves the right to elicit testimony regarding each provider's opinions, if any, regarding the cause, diagnosis, treatment, and prognosis of Plaintiff's injuries. Plaintiff's treating providers who may be called to testify at trial and are known at this time are as follows:

1.     **Michelle V. Rotblat-Operman, MD**

Dr. Rotblat-Operman is a board-certified diagnostic radiologist who has read the magnetic resonance imaging of Plaintiff's brain. Dr. Rotblat-Operman is expected to testify regarding her opinions of the imaging consistent with Dr. Rotblat-Operman's medical records.

2.     **Giuseppe Amore, MD**

Dr. Amore is a board-certified physical medicine and rehabilitation physician who is fellowship-trained in interventional spine and musculoskeletal medicine. Dr. Amore has provided treatment for Plaintiff's spine injuries following this crash. Dr. Amore is expected to testify regarding his treatment of Plaintiff's spine injuries, his opinions regarding the

causation of Plaintiff's spine injuries, and his recommendations for future care, consistent with Dr. Amore's medical records.

**3.     Chad Barker, MD**

Dr. Barker is a board-certified diagnostic radiologist who has read the magnetic resonance imaging of Plaintiff's cervical and lumbar spine. Dr. Barker is expected to testify regarding his opinions of the imaging consistent with Dr. Barker's medical records.

Because Plaintiff's medical care is ongoing, Plaintiff reserves the right to supplement her list of treatment providers and to call any treatment provider as a witness at the trial of this case. Plaintiff also reserves the right to supplement this disclosure later should the case develop in such a way to warrant additional expert testimony on Plaintiff's behalf. Plaintiff further reserves the right to elicit expert testimony from individuals named as experts by other parties, as well as other witnesses later identified who may qualify as experts under the Rules of Evidence.

> **MORGAN & MORGAN, P.A.**
> By:      /s/Cooper Klaasmeyer
> Cooper Klaasmeyer, Esq.
> Federal Bar No. 14272
> E-Mail: cooper.klaasmeyer@forthepeople.com
> 4401 Belle Oaks Drive, Suite 300,
> North Charleston, SC 29405
> (843) 973-5438
> *Counsel for Plaintiff*

North Charleston, SC
May 15, 2026