**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

|  |  |  |
|---|---|---|
| Saron N. Cameron, | ) | C/A No. 3:25-cv-12766-JFA |
| | ) | |
| Plaintiff, | ) | **MOTION FOR STATUS** |
| | ) | **CONFERENCE** |
| v. | ) | |
| | ) | |
| Hobby Lobby Stores, Inc., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Hobby Lobby Stores, Inc., hereinafter ("Defendant"), hereby respectfully moves, pursuant to Rules 16 and 26 of the Federal Rules of Civil Procedure, and Local Civil Rules 6.01 and 16.01, for a Status Conference before Judge Anderson to discuss several issues relating to the case and the impact those issues have had on conducting discovery, and in turn, meeting deadlines in the controlling Scheduling Order.

In support of this Motion, Defendant asserts that Plaintiff's counsel represented to Defendant in December of 2025 that the firm of Morgan & Morgan P.A. had developed a conflict with its representation of Plaintiff, and therefore, another firm would be appearing in the matter to represent Plaintiff. However, to date, no such counsel has appeared. Defendant served discovery requests on Plaintiff in October of 2025 and has not received responses to those requests. As a result, Defendant is concerned that it cannot meet upcoming deadlines in the controlling Scheduling Order. Because of these issues, Defendant believes a Status Conference before Judge Anderson is necessary to discuss the posture of this case.

An extension of certain deadlines set forth in the Fifth Consent Amended Scheduling Order [DE 49] entered by this Court on May 7, 2025, in the above-referenced matter and allege as follows

1

in.

WHEREFORE, Defendant respectfully request that this Honorable Court grant this motion

for a Status Conference to address the posture of this case.

Respectfully submitted,

GALLIVAN, WHITE & BOYD, P.A.

*s/Charles O. Williams, III*_____
Charles O. Williams, III (Fed. Bar No. 8010)
Gallivan, White & Boyd, PA
55 Beattie Place, Suite 1200
P.O. Box 10589 (29603)
Greenville, SC 29601
Tel: (864) 271-9580
cwilliams@gwblawfirm.com
***Attorney for Defendant***

Greenville, SC

June 1, 2026

2