# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | |
|---|---|
| SARON N. CAMERON,<br><br>        Plaintiff(s),<br><br>v.<br><br>HOBBY LOBBY STORES, INC.<br><br>        Defendant(s). | Civil Action No.: 3:25-cv-12766-JFA<br><br><br>**<u>APPEARANCE OF COUNSEL</u>** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

      I am admitted to practice in this court, and I appear in this case as counsel for Saron N. Cameron.

**MORGAN & MORGAN, P.A.**
By:    /s/Joseph S. Sandefur
Joseph S. Sandefur
Federal Bar No. 10238
E-Mail: jsandefur@forthepeople.com
1901 Main St, Suite 1200
Columbia, SC 29201
(843) 973-5196
*Counsel for Plaintiff Saron N. Cameron*

Columbia, SC

June 9, 2026